IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALLIED INSURANCE COMPANY OF AMERICA and AMCO INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>CHIEN WHA SHEN; TING TING WU; SHEN PROPERTIES, LLC; CARNE, INC. d/b/a CARNE BRAZILIAN GRILL; ASIAN SEA GRILL, INC.; WILD GINGER, INC.,,<br><br>Defendants. | CV 21-105-BLG-SPW-KLD<br><br>ORDER OF RECUSAL |

I hereby recuse myself from this matter on the ground that I was previously a partner at the law firm of Garlington, Lohn, and Robinson with Counsel for Defendant Allied American Insurance Company and AMCO Insurance Company. Accordingly, I ask that this case be reassigned.

DATED this 15th day of October, 2021.

Kathleen L. DeSoto
United States Magistrate Judge